# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SHARIECE HANNAH** | : |
| *Plaintiff*, | : |
| v. | : Civil Action No.: 18-cv-1688-CFC |
| **AMAZON.COM, INC.** | : |
| *Defendant*. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by and between the parties that the above-referenced matter filed by Plaintiff, Shariece Hannah, against Defendant, Amazon.com, Inc. is hereby voluntarily dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

*/s/ David M. Koller*
David M. Koller
Sarah R. Lavelle
KOLLER LAW LLC
2043 Locust Street, #1B
Philadelphia, PA 19103
davidk@kollerlawfirm.com
slavelle@kollerlawfirm.com
*Attorneys for Plaintiff*

*/s/ Justin K. Victor*
Justin K. Victor (#5705)
MORGAN, LEWIS & BOCKIUS LLP
1007 N. Orange Street, Suite 501
Wilmington, DE 19801
(302) 574-3000
justin.victor@morganlewis.com

Terry D. Johnson, Esq.
Jocelyn L. Womack, Esq.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
terry.johnson@morganlewis.com
jocelyn.womack@morganlewis.com
*Attorneys for Defendant*

IT IS HEREBY ORDERED this ____ day of _____, 2018.

_____
U.S. District Judge